**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MARK WEBB, AS ADMINISTRATOR FOR : No. 541 EAL 2016
THE ESTATE OF SABINO WEBB, :
DECEASED, :
            : Petition for Allowance of Appeal from
           Respondent : the Order of the Superior Court
            :
            :
           v. :
            :
            :
VOLVO CARS OF NORTH AMERICA, :
LLC, VOLVO CARS CORPORATION, :
            :
           Petitioners :
            :
AND GRACO CHILDREN'S PRODUCTS, :
INC. (D/B/T/A NEWELL RUBBERMAID, :
INC.), WILLIAM JULIAN, AND ANA :
(WEBB) SOARES, :
            :
           Respondents :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of May, 2017, the Petition for Allowance of Appeal is

**DENIED**.